```
 1 │ THOMAS P. O'BRIEN                                     MADE JS-6
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ FRANK D. KORTUM
   │ Assistant United States Attorney
 6 │ Asset Forfeiture Section
   │ California Bar No. 110984
 7 │      1400 United States Courthouse
   │      312 North Spring Street
 8 │      Los Angeles, California 90012
   │      Telephone: (213)894-5710
 9 │      Facsimile: (213)894-7177
   │      E-Mail:   frank.kortum@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
```

12                    UNITED STATES DISTRICT COURT

13                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                             WESTERN DIVISION

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, ) | NO. CV 07-6712 GW (CWx) |
| 16          Plaintiff, ) | **CONSENT JUDGMENT AS TO THE** |
|   ) | **FOLLOWING DEFENDANT ASSETS** |
| 17          v. ) | **ONLY: $57,419.33 CASHIER'S** |
|  $49,731.98 IN CASHIERS CHECKS ) | **CHECKS AND $49,731.98 IN** |
| 18  (BANK OF AMERICA) AND ) | **CASHIER'S CHECKS** |
|  $57,419.33 IN CASHIERS CHECKS ) | |
| 19  (UNION BANK OF CALIFORNIA), ) | |
|   ) | |
| 20   ) | |
|          Defendants. ) | |
| 21  _____ ) | |
|  DENNIS VOONG AND FANNY LAM, ) | |
| 22   ) | |
|          Claimants. ) | |
| 23  _____ ) | |

24

25  A.   On or about October 17, 2007, plaintiff United States of

26  America ("the government" or "the United States of America")

27  filed a Complaint for Forfeiture alleging that the defendant

28  ("defendant currency"), is subject to forfeiture pursuant to

21 U.S.C. §§ 881 (a)(6).  On or about November 21, 2007, claimants Dennis Voong and Fanny Lam filed a claim to $49,731.98 and $57,419.33 in cashier's checks. On or about December 6, 2007, claimants Dennis Voong and Fanny Lam filed an answer.

B.   The government and claimants Dennis Voong and Fanny Lam, have now agreed to settle this matter as to defendants described in paragraph A and to avoid further litigation between them by entering into this Consent Judgment.

C.   The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

   1.   This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

   2.   As between plaintiff United States of America and claimants Dennis Voong and Fanny Lam, Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881 (a)(6).

   3.   Notice of this action has been given as required by law.  No appearances have been made in this case by any person with respect to the defendant described in Paragraph A other than claimants Dennis Voong and Fanny Lam.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true as to the defendant described in Paragraphs A.

   4.   The United States of America shall have judgment as to $17,000.00 in United States currency of the defendants described in Paragraph A, plus all interest earned by the government on the

entirety of the $17,000.00 in United States currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

5.   $90,151.31, of the defendants described in Paragraph A, without any interest earned by the government on that amount, shall be returned to claimants Dennis Voong and Fanny Lam.  Said funds shall be forwarded by check made payable to "Gerson S. Horn, Esq., Attorney-Client Trust Account," and shall be mailed to Gerson S. Horn, Esq., Gerson S. Horn Law Offices, 11661 San Vicente Boulevard Suite 903, Los Angeles, California 90049. The United States of America shall return $90,151.31 to claimants in exchange for a waiver of attorney fees and costs.

6.   Claimants Dennis Voong and Fanny Lam, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Agency, and its respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Dennis Voong and Fanny Lam, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.   The Court finds that there was reasonable cause for the seizure of the defendant described in Paragraph A and institution

of these proceedings against the said defendant. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the said defendant.

8. The Court further finds that claimants Dennis Voong and Fanny Lam, did not substantially prevail in this action, and each of the parties hereto shall bear its own attorney fees and costs.

DATED: December 11, 2008

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above judgment and waive any right to appeal this judgment.

DATED: December _5, 2008   THOMAS P. O'BRIEN
                           United States Attorney
                           CHRISTINE C. EWELL
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                                    /s/
                           _____
                           FRANK D. KORTUM
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           UNITED STATES OF AMERICA

DATED: December _5_, 2008
                                    /s/
                           _____
                           GERSON S. HORN

                           Attorney for Claimants
                           Dennis Voong and Fanny Lam